UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| FANNIE MAE A/K/A FEDERAL NATIONAL MORTGAGE ASSOCIATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONOR LOPEZ,<br><br>Defendant. | Case No.: 1:11-CV-00757-OWW-JLT<br><br>**ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR NOTICE OF MOTION AND MOTION TO REMAND (DOC. 4); REQUIRING DEFENDANT TO PAY FILING FEE; AND SETTING DEADLINE FOR OPPOSITION** |

Plaintiff FEDERAL HOME LOAN MORTGAGE CORPORATION'S (hereinafter "Plaintiff") requests an order shortening time for a hearing on Plaintiff's motion to remand. Doc. 4. Defendant removed this unlawful detainer action concerning real property in Bakersfield, California ("Subject Property") to federal court on May 10, 2011. Doc. 1. Plaintiff was electronically served notice of removal the same day. *See* Doc. 1, proof of service. Plaintiff waited until July 18, 2011 to file its motion to remand, along with its simultaneous ex parte request to shorten time for the hearing on the motion to remand, claiming it will be prejudiced if it is "forced to wait almost one month before its Motion to Remand can be heard ... while Plaintiff carries the burden of the ownership costs of the Subject Property." Doc. 4 at 3. Plaintiff's own delay of more than two months belies its claim of hardship and counsels against shortening time for the hearing on the motion to remand in an already overburdened court.

Nevertheless, a Court may *sua sponte* examine its own subject matter jurisdiction at any time.

-1-

Plaintiff argues that the bases for removal offered by Defendant are invalid. Doc. 4. Defendant, whose motion to proceed *in forma pauperis* was denied on May 20, 2011, Doc. 3, has not paid the filing fee. Defendant shall have until Thursday, July 28, 2011 to pay the filing fee. If and only if payment is accomplished on or before that deadline, Defendant may also file a brief in opposition to Plaintiff's motion to remand. That brief shall not exceed 10 pages in length and shall also be filed on or before Thursday, July 28, 2011. The Court will then determine whether further briefing and/or oral argument is necessary.

IT IS SO ORDERED.

DATED: July 19, 2011.

          /s/ Oliver W. Wanger
          Oliver W. Wanger
        UNITED STATES DISTRICT JUDGE